UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-20142 CR- Altman

UNITED STATES OF AMERICA,
Plaintiff,

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

v.

Leslie Roberts
Defendant.
_____/

COMES NOW _____Jason M. Wandner_____ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _____Jason M. Wandner_____

Counsel's Signature: _____[signature]_____

Address (include City/State/Zip/Code):

Telephone: __786 412 1505__    Florida Bar Number: __0114960__

Date: __4/9/25__