UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _25 cr 20142_ _Altman / Lett_

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                    **NOTICE OF PERMANENT**
                                      **APPEARANCE AS COUNSEL**
_Leslie Howard Roberts_               **OF RECORD**
          Defendant.
_____/

COMES NOW ___Jason M. Wandner___, and files this
appearance as counsel for the above named defendant(s).  Counsel
agrees to represent the defendant(s) for all proceedings arising
out of the transaction with which the defendant(s) is/are presently
charged in the United States District Court in and for the Southern
District of Florida. _Pretrial/Trial appearance only. Not Appellate representation._

Counsel hereby states that this appearance is unconditional
and in conformity with the requirements of Local General Rule 16
and the Special Rules Governing the Admission and Practice of
Attorneys.

Counsel acknowledges responsibility to advise the defendant(s)
of the right of appeal, to file a timely notice of appeal if
requested to do so by the defendant(s), and to pursue that appeal
unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS
FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __4/22/25__

Attorney: ___Jason M. Wandner___

Address: ___100 N. Biscayne Boulevard #1607___

City ___Miami___ State __FL__ Zip Code __33132__

Telephone __(786) 412-1500__

Florida Bar Number: ___0114960___

The undersigned defendant(s) hereby consent(s) to the
representation of the above counsel.