# COURT MINUTES

Page 1

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**  Date: 4/22/25  Time: 10:00 a.m.

Defendant: Leslie Howard Roberts   J#: (Bond)   Case #: 25-cr-20142-Altman/Lett
AUSA: Andres Chinchilla   Attorney: Jason Wander (PERM)
Violation: Conspiracy to Commit Wire Fraud; Wire Fraud; Money Laundering
Proceeding: Report RE: Counsel/Arraignment   CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:
Bond Set at: $250K PSB W/CO-SIGNER   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

**Disposition:**
**Defense counsel filed permanent notice of apperance in open court.**
**Defendant Arraigned**
<span style="color:red">**Defense ore tenus motion for standing discovery Order -GRANTED-.**</span>
<span style="color:purple">**Brady Order Given**</span>
**Bond papers missing co signer signature on pg 6.**
**Bond Paperwork due 4/28/25 by the close of business; Defense attorney advised to email CRD the completed bond papers.**

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **10:16:42; 10:23:33**   Time in Court: **6 mins**