UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      Plaintiff,

                              CASE NUMBER 25-20142-CR-ALTMAN/LETT

v.


LESLIE HOWARD ROBERTS,

      Defendant.

_____

### DEFENDANT'S AGREED MOTION TO RESET STATUS CONFERENCE

COMES NOW, the Defendant, LESLIE ROBERTS, by and through Undersigned Counsel, and hereby files this Agreed Motion to Reset the upcoming status conference, and hereby states as follows:

1.     The Defendant, Leslie Roberts, was charged in a multi-count Indictment involving art related wire fraud.

2.     This Court set a status conference in this matter for September 26, 2025 at 10:00 AM.

3.     Undersigned Counsel has an out of town scheduling conflict on September 26, 2025, and requests to move the status hearing up to September 16, 2025 at 3pm.

4.     The Government also has a conflict on September 26, 2025 at 10:00, consents to this Motion and agrees to the September 16, 2025 at 3pm date.

WHEREFORE, the Defendant requests this Court to grant the requested relief and any other relief which is just and proper.

*I HEREBY CERTIFY* that all current counsel of record have been served with a copy of the foregoing document on this 9th  day of August, 2025.

Respectfully Submitted,

**JASON M. WANDNER, P.A.**
Attorney for the Defendant
100 N. Biscayne Blvd, Suite 1607
Miami, FL 33132
Telephone: (786)412-1505
*/s/ Jason M. Wandner*
**JASON M. WANDNER**
Florida Bar No. 0114960
Email: Jason@wandnerlaw.com