UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

CASE NUMBER 25-20142-CR-ALTMAN/LETT

v.

LESLIE H. ROBERTS

Defendant.

______________________________

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW, the Defendant, LESLIE ROBERTS, by and through Undersigned Counsel, and hereby files this Unopposed Motion to Continue Sentencing Hearing by and hereby states as follows:

1. The Defendant, Leslie Roberts, was charged in a multi-count Indictment involving Art related wire fraud.

2. The Defendant pleaded Guilty and this Court set his Sentencing hearing for September 10, 2026.

3. At a previous telephonic conference, this Court indicated that a continuance of Sentencing would be granted if the parties requested due to the Defendant's ongoing cooperation.

4. The Defendant's cooperation has now ripened to an extent as his efforts have recently led to significant government action.

5. The Defendant believes a modest reset of Sentencing will allow the full breadth of Defendant's cooperation to be articulated and formalized by the parties before the Court.

6. In addition Undersigned Counsel has a Federal Matter in the Northern District of New York and anticipates travelling to Syracuse New York during the same time frame to visit the in custody Defendant from that case. Resetting this matter will assist Undersigned Counsel in that endeavour.

7. The Government is not opposed to the relief requested in this Motion.

8. There is no prejudice to either side or the public at large for the granting of this relief.

WHEREFORE, the Defendant requests this Court to grant the requested relief and any other relief which is just and proper.

***I HEREBY CERTIFY*** that all current counsel of record have been served with a copy of the foregoing document on this 17th day of August, 2026.

Respectfully

Submitted,

**JASON M. WANDNER, P.A.**
Attorney for the Defendant
100 N. Biscayne Blvd, Suite 1607
Miami, FL 33132
Telephone: (786)412-1505
***/s/ Jason M. Wandner***
**JASON M. WANDNER**
Florida Bar No. 0114960
Email: Jason@wandnerlaw.com