**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 25-CR-20142-ALTMAN/LETT**

**UNITED STATES OF AMERICA**

**v.**

**LESLIE ROBERTS,**

**Defendant.**
______________________________/

**THE UNITED STATES' UNOPPOSED MOTION TO UNSEAL PLEA AGREEMENT**

The United States, by and through the undersigned Assistant United States Attorney, moves to unseal. This Court previously allowed the Defendant's plea agreement to be sealed. The United States now requests that the Defendant's plea agreement [DE 77] be unsealed. The Defendant does not oppose the relief granted.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ***/s/ Daniel Rosenfeld***
Daniel Rosenfeld
Assistant United States Attorney
Court ID A5503081
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9268
Email: Daniel.rosenfeld@usdoj.gov