**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 25-CR-20142-ALTMAN/LETT**

**UNITED STATES OF AMERICA**

**v.**

**LESLIE ROBERTS,**

**Defendant.**
_______________________________/

## ORDER TO UNSEAL PLEA AGREEMENT

THIS CAUSE having come on before the Court on the motion of the government to unseal the plea agreement, and the Court being fully advised in the premises and finding good cause therefore, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Clerk of Court is ordered to unseal the Defendant's plea agreement [DE 77] in the above-captioned case.

**DONE AND ORDERED** in chambers at Miami, Florida this ___ day of September 2026.

_______________________________
HONORABLE ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: Daniel Rosenfeld, AUSA
Jason Wadner, Defense Attorney