**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-CR-20142-ALTMAN**

**UNITED STATES OF AMERICA,**

*v.*

**LESLIE HOWARD ROBERTS**,

*Defendant.*
_________________________________/

**PRELIMINARY ORDER OF FORFEITURE**

The Government has filed a Motion for a Preliminary Order of Forfeiture (the "Motion") [ECF No. 91]. Having reviewed the Motion, the record, and the applicable law, the Court finds as follows with respect to forfeiture:

1. As relevant here, on April 10, 2025, a Federal Grand Jury returned a Sealed Indictment charging the Defendant in Count 1 with a violation Title 18, United States Code, Section 1349. *See* Indictment [ECF No. 5].

2. The Indictment sought forfeiture of "any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses pursuant to Title 18, United States Code, Section 981(a)(1)(C)." *Id.* at 7.

3. The following specific property is subject to forfeiture:

   a. A forfeiture money judgment in the sum of $2,581,465.00 in U.S. currency.

4. Upon conviction of the Defendant, the property listed in ¶ 3, *supra*, is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

5. On June 10, 2026, the Defendant pled guilty to Count 1 of the Indictment. Defendant agreed to the entry of a forfeiture money judgment against him in the amount of $2,581,465.00 of the Plea agreement [ECF No. 77] at 7–8.

6. At the Defendant's Change of Plea Hearing, the Government advised the Court that

Defendant worked with others to convince the victims in this case to buy fabricated art. Change of Plea Hr. Tr. [ECF No. 81] 25:1-2. Defendant agreed that he obtained $2,581,465.00 from the sale of forged artwork in this case. *Id.* at 26:4-5.

7. Based on the record in this case, the total value of the proceeds traceable to Count 1 of the Indictment is $2,581,465.00, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, based on the foregoing, the Court hereby

**ORDERS and ADJUDGES** that:

1. The Motion [ECF No. 91] is **GRANTED**.

2. A forfeiture money judgment in the amount of $2,581,465.00 shall be entered against the Defendant, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21 United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(m).

4. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

5. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

**DONE AND ORDERED** in the Southern District of Florida on September 25, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**