**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20142-ALTMAN**

**UNITED STATES OF AMERICA**

**v.**

**LESLIE HOWARD ROBERTS,**

**Defendant.**

**NOTICE ON FORFEITURE**

The United States files this notice on forfeiture.

On September 25, 2026, the Court enter a Preliminary Order of Forfeiture, Dkt. No. 94, against Defendant Leslie Howard Roberts ("Defendant"). The Preliminary Order of Forfeiture imposed a forfeiture money judgment in the amount of $2,581,465.00 against the Defendant. The Preliminary Order of Forfeiture did not order forfeiture of any specific property.

Defendant was sentenced on October 2, 2026. Minute Entry, Dkt. No. 99.

At the Defendant's sentencing hearing, the Court instructed the United States to file a final order of forfeiture. The United States hereby informs the Court that because the Preliminary Order of Forfeiture only included a forfeiture money judgment and did not order forfeiture of specific assets, no further forfeiture orders are necessary to effectuate the forfeiture in this matter.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), "At sentencing … the preliminary forfeiture order becomes final as to the defendant. If the order directs the defendant to forfeit specific property, it remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c)." According to Rule 32.2(c)(1)(A), "[N]o ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Therefore, the forfeiture in this matter was final as to the Defendant at sentencing, and no further forfeiture orders are necessary to effectuate forfeiture in this matter.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *<u>/s/ Nicole Grosnoff</u>*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089